UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TAMARA LEVI,<br><br>    Plaintiff<br><br>v.<br><br>RENTNOHO.COM, INC,<br>SHARON K. HESTON,<br>PASSAGE HOLDINGS, LLC, and<br>SUSAN M. DESCARAGE<br><br>    Defendants. | Civil Action No. 21-CV-30049 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2, please withdraw my appearance as counsel for Plaintiff Tamara Levi. Entry of appearance by successor counsel Meris Bergquist, Esq. precedes this notice.

Respectfully submitted,

_____
Elizabeth (Annie) Connor, BBO # 682467
Massachusetts Fair Housing Center
57 Suffolk Street, 4th Floor
Holyoke, MA 01040
(413) 539-9796 (t)
(413) 533-9978 (f)
aconnor@massfairhousing.org

1

Dated: February 25, 2022

**Certificate of Service**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF on February 25, 2022, and by first class mail to any non-registered parties.

_____
Elizabeth (Annie) Connor, BBO # 682467
Massachusetts Fair Housing Center
57 Suffolk Street, 4th Floor
Holyoke, MA 01040
(413) 539-9796 (t)
(413) 533-9978 (f)
aconnor@massfairhousing.org